*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



# MEMORANDUM OPINION

No. 04-11-00140-CV

Michael **BASELUOS** and Athena Rasmusson,
Appellants

v.

George **SARRAN**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 343342
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                 Karen Angelini, Justice
                 Marialyn Barnard, Justice

Delivered and Filed:  May 4, 2011

DISMISSED

Appellants filed a notice of appeal on February 18, 2011.  The notice did not state the date of the order or judgment from which appellants sought to appeal.  *See* TEX. R. APP. P. 25.2(d)(2).  This court queried appellants regarding this omission, and appellants admitted that no appealable order or judgment had yet been signed, but that one was expected shortly.  Time passed, and neither the clerk nor the court reporter filed their respective records.  When advised by this court that the records were past due, both the clerk and the court reporter advised this

court that no final, appealable order had yet been signed, and the case was ongoing in the trial court. This court again contacted appellants, but they again failed to produce or advise us of the existence of any appealable order.

Accordingly, on March 28, 2011, we issued a show cause order to appellants, ordering them to file, on or before April 12, 2011, a response showing cause why this appeal should not be dismissed for want of jurisdiction because of the absence of any appealable order or judgment. Appellants did not file a response.

We therefore dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), (c) (permitting appellate court to dismiss appeal for want of jurisdiction or for appellant's failure to comply with court order within specified time). We order all costs assessed against appellants. *See* TEX. R. APP. P. 42.1(d) (absent agreement of parties, costs are taxed against appellant).

PER CURIAM